IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS,                                                                PLAINTIFF
ADC #704518

v.                                No. 1:16-cv-30-DPM

D. BROWN, Inmate, McPherson
Unit, ADC; and ARKANSAS, State of             DEFENDANTS

ORDER

**1.** The Court withdraws the reference.

**2.** Lyons hasn't paid the filing fee or filed an *in forma pauperis* application; and the time to do so has passed. № 2. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**3.** An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 14 December 2016