IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHANDRA LYONS,**                                                        **PLAINTIFF**
**ADC #704518**

**v.**                              **No. 1:16-cv-30-DPM**

**D. BROWN, Inmate, McPherson**
**Unit, ADC; and ARKANSAS, State of**                    **DEFENDANTS**

# JUDGMENT

Lyons's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

  14 December 2016